**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RICKY RICARDO VANN,

    Petitioner,

-vs-                                    Case No.  8:13-CV-736-T-30TBM

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER

Before the Court are Petitioner's Motion to Appoint Counsel for Capital Criminal Case to File Habeas Corpus on New Evidence (Dkt. 5), and Motion to Hold in Abeyance (Dkt. 6).  As this case is now closed, Plaintiff's motions are moot.

ACCORDINGLY, the Court **ORDERS** that Petitioner's Motion to Appoint Counsel for Capital Criminal Case to File Habeas Corpus on New Evidence (Dkt. 5), and Motion to Hold in Abeyance (Dkt. 6) are **DENIED** as moot.

**DONE** and **ORDERED** in Tampa, Florida on April 5, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
<u>Copy furnished to</u>: Petitioner, *pro se*